**UNITED STATES ex rel. John PRIVI-TERA, Petitioner-Appellant,**

v.

**Hon. Anna M. KROSS, Commissioner of the Department of Correction of the City of New York and The People of the State of New York, Respondents.**

No. 501, Docket 29582.

United States Court of Appeals Second Circuit.

Argued May 26, 1965.

Decided May 26, 1965.

Matthew Muraskin, New York City (Anthony F. Marra, New York City, on the brief), for petitioner-appellant.

Eric A. Seiff, Asst. Dist. Atty., New York City (Frank S. Hogan, Dist. Atty. of New York County, and H. Richard Uviller, Asst. Dist. Atty., New York City, on the brief), for respondents.

Before LUMBARD, Chief Judge, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM.

We affirm in open court the order of the district court which denied the petition for a writ of habeas corpus for the reasons stated in Judge Weinfeld's opinion, 239 F.Supp. 118.

\* Senior Circuit Judge of the D. C. Circuit, sitting by designation.

---

**James Aloysius CARROLL, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 21413.

United States Court of Appeals Fifth Circuit.

June 1, 1965.

Thomas A. Larkin, Jacksonville, Fla., for appellant.

Aaron A. Foosaner, Asst. U. S. Atty., Miami, Fla., William A. Meadows, Jr., U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and EDGERTON,\* and SMITH,\*\* Circuit Judges.

PER CURIAM.

The judgment of the trial court is affirmed. The Court expresses its appreciation to appointed counsel for his assistance to the Court in consideration of this appeal.

\*\* Of the Third Circuit, sitting by designation.